**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Joshua London  **V.**  The State of Texas

Appellate case number:   01-13-00441-CR

Trial court case number:  1367861

Trial court:                      230th District Court of Harris County

Date motion filed:           July 24, 2017

Party filing motion:         Appellant, Joshua London

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Michael Massengale

☐ Acting individually     ☒ Acting for the Court

Panel consists of: Justices Jennings, Massengale, and Brown

Jennings, J., dissenting from the denial of rehearing

Date: August 8, 2017